# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

UNITED STATES OF AMERICA

DOCKET NO: 07-051-02    MAGIS. NO:

v.

Mythili Gopal

**SEALED**

**FILED**

MAR 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNSEALED**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED —

xxxxxxxxxx

*The original of the indictment in this case & the motion of the United States is hereby unsealed upon its* ... [handwritten, partially illegible]

3/23/07

DOB:    PDID:

WARRANT ISSUED ON THE BASIS OF: **INDICTMENT**

DISTRICT OF ARREST

TO:    **ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER**

CITY

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
International Emergency Economic Powers Act
Export Administration Regulations
Executive Order 13222
Arms Export Control Act
International Traffic in Arms Regulations
Illegal Agent of a Foreign Government
Aiding and Abetting and Causing an Act to Be Done

United States District Court
for the District of Columbia
**A TRUE COPY**

NANCY MAYER-WHITTINGTON, Clerk

By _____ Deputy Clerk

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371, 50 U.S.C. §1705, 15 C.F.R. Parts 730-774, Executive Order 13222, 22 U.S.C. § 2778, 22 C.F.R. Parts 120-130, 18 U.S.C § 951, 18 U.S.C. § 2.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| **HOLD WITHOUT BOND** | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | John M. Facciola U.S. MAGISTRATE JUDGE FACCIOLA | 03/07/2007 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | | 03/07/2007 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3/23/07 | SA Julie Hendrix | Julie Hendrix |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |