NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  07-0051

Mythili Gopal
  (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kelly B. Kramer (D.C. #462049)
(Attorney & Bar ID Number)

Nixon Peabody LLP
(Firm Name)

401 9th Street, N.W., Suite 900
(Street Address)

Washington          DC          20004
(City)              (State)     (Zip)

(202) 585-8000
(Telephone Number)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of April, 2007 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


                                                                   /s/ Kelly B. Kramer
                                                                   Attorney for Ms. Gopal

10521038.1