UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal No. 07-0051 (RMU) |
| ) | |
| Parthasathy Sudarshan, ) | |
| Mythili Gopal, ) | |
| AKN Prasad, and ) | |
| Sampath Sundar, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANJALI CHATURVEDI AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

The undersigned counsel hereby moves for the admission *pro hac vice* of Anjali Chaturvedi of Nixon Peabody, LLP ("Nixon Peabody"), 401 9th Street, N.W., Suite 900, Washington, D.C., 20004, to serve as co-counsel with the undersigned for Defendant Mythili Gopal ("Ms. Gopal") in the captioned matter. As grounds for this Motion, the undersigned states that Ms. Gopal wishes Nixon Peabody, through Ms. Chaturvedi, to serve as counsel in this matter, and that Ms. Chaturvedi will be assisted in the representation of Ms. Gopal in this matter by the undersigned.

As stated in her Declaration (attached), Ms. Chaturvedi is a partner in the law firm of Nixon Peabody. She graduated in 1993 from the Georgetown University Law Center. Ms. Chaturvedi was admitted to the District of Columbia bar in 1995 and the New York State bar in 1994. She is a member in good standing and eligible to practice in both of the above-referenced jurisdictions.

10520531.1

- 2 -

The undersigned respectfully requests that the Court issue an order granting Ms. Chaturvedi *pro hac vice* admission for purposes of representing Ms. Gopal in this matter.

          Respectfully submitted,

          NIXON PEABODY LLP


          /s/ Kelly B. Kramer
          KELLY B. KRAMER (D.C. 462049)
          401 9th Street, N.W.
          Suite 900
          Washington, D.C. 20004
          p: (202) 585-8255
          f: (202) 585-8080

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of April, 2007 a copy of the foregoing Motion for Admission *Pro Hac Vice* of John M. Read as Co-Counsel for Defendant Mythili Gopal was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  /s/ Kelly B. Kramer
                                  Attorney for Ms. Gopal

10520531.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Parthasathy Sudarshan, )<br>Mythili Gopal, )<br>AKN Prasad, and )<br>Sampath Sundar, )<br>)<br>        Defendants. )<br>) | Criminal No. 07-0051 (RMU) |

**DECLARATION OF ANJALI CHATURVEDI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ANJALI CHATURVEDI AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL**

Anjali Chaturvedi hereby declares:

1. My full name is Anjali Chaturvedi.

2. I am a Member of Nixon Peabody, LLP, located Suite 900, 401 9th Street, NW, Washington, DC 20004-2128.

3. I was admitted to the District of Columbia bar in 1995 and the New York State bar in 1994. I am a member in good standing and eligible to practice in both of the above-referenced jurisdictions. I have an application pending for the United States District Court for the District of Columbia.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do engage in the practice of law from an office located in the District of Columbia and am a member of the District of Columbia bar.

7. I have reviewed and am familiar with the Local Rules of this Court.

10520932.1

8. I certify under penalty of perjury that the foregoing is true and correct.

Executed on  4/13/07 .

*Anjali Chaturvedi*
Anjali Chaturvedi (DC Bar 446177)
Suite 900
401 9th Street, NW
Washington, DC 20004-2128
202.585.8270 Office
866.908.4479 Fax

10520932.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Criminal No. 07-0051 (RMU) |
| | ) |
| Parthasathy Sudarshan, | ) |
| Mythili Gopal, | ) |
| AKN Prasad, and | ) |
| Sampath Sundar, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ANJALI CHATURVEDI AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL**

This matter comes before the Court on Defendant Mythili Gopal's Motion for Admission *Pro Hac Vice* of Anjali Chaturvedi as Co-Counsel for Defendant Mythili Gopal.

It is hereby ORDERED, that the application of Anjali Chaturvedi to appear *pro hac vice* as Co-Counsel for Defendant Mythili Gopal is GRANTED.

IT IS SO ORDERED.

                                                                       Judge Ricardo M. Urbina
                                                                       United States District Judge

10521111.1