## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| United States of America )| |
| )| |
| v. )| Criminal No. 07-0051 (RMU) |
| )| |
| Parthasathy Sudarshan, )| |
| Mythili Gopal, )| |
| AKN Prasad, and )| |
| Sampath Sundar, )| |
| )| |
| Defendants. )| |
| _____ )| |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. READ AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

The undersigned counsel hereby moves for the admission *pro hac vice* of John M. Read of the Read Law Firm, 800 East Washington, Suite M, Greenville, S.C., 29601, to serve as co-counsel with the undersigned for Defendant Mythili Gopal ("Ms. Gopal") in the captioned matter. As grounds for this Motion, the undersigned states that Ms. Gopal wishes the Read Law Firm, through Mr. Read, to serve as counsel in this matter, and that Mr. Read will be assisted in the representation of Ms. Gopal in this matter by the undersigned.

As stated in his Declaration (attached), Mr. Read is a Member in the Read Law Firm. He graduated in 1994 from the University of South Carolina School of Law. Mr. Read was admitted to the Georgia state bar in 1994 and the South Carolina state bar in 1996. He is a member in good standing and eligible to practice in both of the above-referenced jurisdictions.

- 2 -

The undersigned respectfully requests that the Court issue an order granting Mr. Read *pro hac vice* admission for purposes of representing Ms. Gopal in this matter.

Respectfully submitted,

NIXON PEABODY LLP


<u>/s/ Kelly B Kramer</u>
KELLY B. KRAMER (D.C. 462049)
401 9th Street, N.W.
Suite 900
Washington, D.C. 20004
p: (202) 585-8255
f: (202) 585-8080

10520812.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2007 a copy of the foregoing Motion for Admission *Pro Hac Vice* of John M. Read as Co-Counsel for Defendant Mythili Gopal was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kelly B. Kramer
Attorney for Ms. Gopal

10520812.1

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Criminal No. 07-0051 (RMU) |
| | ) | |
| Parthasathy Sudarshan, | ) | |
| Mythili Gopal, | ) | |
| AKN Prasad, and | ) | |
| Sampath Sundar, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN M. READ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. READ AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

John M. Read hereby declares:

1. My full name is John Magruder Read, IV.

2. I am a Member of the Read Law Firm, P.A., 800 East Washington, Suite M, Greenville, S.C., 29601.

3. I was admitted to the Georgia state bar in 1994 and the South Carolina state bar in 1996. I am a member in good standing and eligible to practice in both of the above-referenced jurisdictions.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I have reviewed and am familiar with the Local Rules of this Court.

8. I certify under penalty of perjury that the foregoing is true and correct.

Executed on _4-12-07_

John M. Read (S.C. #12569)
800 East Washington
Suite M
Greenville, S.C. 29601
p: (864) 241-9828
f: (864) 241-9818

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
United States of America                                  )
                                                          )
            v.                                            )          Criminal No. 07-0051 (RMU)
                                                          )
Parthasathy Sudarshan,                                    )
Mythili Gopal,                                            )
AKN Prasad, and                                           )
Sampath Sundar,                                           )
                                                          )
                    Defendants.                           )
_____)

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. READ AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

This matter comes before the Court on Defendant Mythili Gopal's Motion for Admission *Pro Hac Vice* of John M. Read as Co-Counsel for Defendant Mythili Gopal.

It is hereby ORDERED, that the application of John M. Read to appear *pro hac vice* as Co-Counsel for Defendant Mythili Gopal is GRANTED.

IT IS SO ORDERED.

_____
Judge Ricardo M. Urbina
United States District Judge

10521199.1