UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051 (RMU) |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN, and | : | |
| MYTHILI GOPAL, | : | |
| | : | |
| Defendants. | : | |

GOVERNMENT'S NOTICE OF FILING OF NOTICES OF INTENT
TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America, through its undersigned attorneys, hereby gives notice that it is filing as part of the docket in this matter the attached Notices of Intent to Use Foreign Intelligence Surveillance Act Information, which the government served on each of the defendants in open Court at their initial appearances in the District of South Carolina on March 23, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By: _____/s/_____
Jay I. Bratt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-3602
Jay.Bratt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION

To:   THIS HONORABLE COURT, THE DEFENDANT, AND HIS ATTORNEY OF RECORD.

The United States of America, through its undersigned attorneys, hereby provides notice to defendant Parathasarathy Sudarshan and the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to enter into evidence, or otherwise use or disclose at pretrial hearings, trial, and at other proceedings in this case, information derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978

("FISA"),as amended.  50 U.S.C. §§ 1801-1811.

                                Respectfully submitted

                                JEFFREY A. TAYLOR
                                United States Attorney

                                _____/s/_____
                                JAY I. BRATT
                                Assistant United States Attorney
                                National Security Section
                                555 4th Street, NW, Room 11-437
                                Washington, D.C.  20530
                                (202) 353-3602
                                Illinois Bar No. 6187361
                                jay.bratt@usdoj.gov

**Certificate of Service**

  I, Max Cauthen, certify that I served a copy the foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information in open court by hand on defendant Parthasarathy Sudarshan and his counsel this 23rd day of March, 2007.

                     _____/s/_____
                     Max Cauthen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051 (RMU) |
| | : | |
| v. | : | |
| | : | |
| MYTHILI GOPAL, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION

To:   THIS HONORABLE COURT, THE DEFENDANT, AND HER ATTORNEY OF RECORD.

The United States of America, through its undersigned attorneys, hereby provides notice to defendant Mythili Gopal and the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to enter into evidence, or otherwise use or disclose at pretrial hearings, trial, and at other proceedings in this case, information derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978

("FISA"),as amended.  50 U.S.C. §§ 1801-1811.

                Respectfully submitted

                JEFFREY A. TAYLOR
                United States Attorney

                _____/s/_____
                JAY I. BRATT
                Assistant United States Attorney
                National Security Section
                555 4th Street, NW, Room 11-437
                Washington, D.C.  20530
                (202) 353-3602
                Illinois Bar No. 6187361
                jay.bratt@usdoj.gov

**Certificate of Service**

    I, Max Cauthen, certify that I served a copy the foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information in open court by hand on defendant Mythili Gopal and her counsel this 23rd day of March, 2007.

                                                                       /s/
                                                         Max Cauthen