UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Criminal No. 07-0051 (RMU) |
| | ) |
| Parthasathy Sudarshan, | ) |
| Mythili Gopal, | ) |
| AKN Prasad, and | ) |
| Sampath Sundar, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ANJALI CHATURVEDI AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

This matter comes before the Court on Defendant Mythili Gopal's Motion for Admission *Pro Hac Vice* of Anjali Chaturvedi as Co-Counsel for Defendant Mythili Gopal.

It is hereby ORDERED, that the application of Anjali Chaturvedi to appear *pro hac vice* as Co-Counsel for Defendant Mythili Gopal is GRANTED.

IT IS SO ORDERED.

Judge Ricardo M. Urbina
United States District Judge