UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
)
v. ) Criminal No. 07-0051 (RMU)
)
Parthasathy Sudarshan, )
Mythili Gopal, )
AKN Prasad, and )
Sampath Sundar, )
)
Defendants. )

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. READ AS CO-COUNSEL FOR DEFENDANT MYTHILI GOPAL

This matter comes before the Court on Defendant Mythili Gopal's Motion for Admission *Pro Hac Vice* of John M. Read as Co-Counsel for Defendant Mythili Gopal.

It is hereby ORDERED, that the application of John M. Read to appear *pro hac vice* as Co-Counsel for Defendant Mythili Gopal is GRANTED.

IT IS SO ORDERED.

Judge Ricardo M. Urbina
United States District Judge

