NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                                Criminal Number  1:07-cr-51

**Mythili Gopal**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**D. Grayson Yeargin (DC 476324)**
(Attorney & Bar ID Number)

Nixon Peabody LLP
(Firm Name)

**401 9th Street, N.W.  Suite 900**
(Street Address)

**Washington         D.C.         20004**
(City)            (State)         (Zip)

**(202) 585-8000**
(Telephone Number)