## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

    :

v.     :     Criminal Action No.: 07-0051 (RMU)

    :

PARTHASARATHY SUDARSHAN *et al*,     :

    :

Defendants.     :     **FILED**

**ORDER**     JUN 6 - 2007

It is this 6th day of June 2007,     NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

**ORDERED** that the status hearing in the above-captioned case scheduled for August 6, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday, August 13, 2007 at 2:00 p.m.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge