UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0051 (RMU) |
| : | |
| PARTHASARATHY SUDARSHAN et al, : | Document No: 39 |
| : | |
| Defendants. : | |

**ORDER**

FILED
AUG 8 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the parties' joint motion to reschedule and for good cause shown therein, it is this 8th day of August, 2007 hereby

**ORDERED** that the parties' joint motion to reschedule is **GRANTED**, and it is

**FURTHER ORDERED** that the status hearing in the above-captioned case scheduled for August 13, 2007 is hereby **VACATED** and **RESCHEDULED** for August 20, 2007 at 2:00 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge