UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
          v.                       :     Criminal Action No.: 07-0051 (RMU)
                                   :
PARTHASARATHY SUDARSHAN et al,     :     Document No:      39
                                   :
          Defendants.              :

## AMENDED ORDER

It is this 9th day of August, 2007 hereby

**ORDERED** that the court's previous order granting the parties' joint motion to reschedule is amended to reflect that the status hearing in the above-captioned case scheduled for August 13, 2007 *And August 20* is hereby **VACATED** and **RESCHEDULED** for **Thursday, August 30, 2007 at 2:00 p.m.**

**SO ORDERED.**

FILED
AUG 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge