UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0051 (RMU)
:
PARTHASARATHY SUDARSHAN et al, :
:
Defendants. :

**ORDER**

It is this 30th day of August, 2007 hereby

**FILED**
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDERED that a status hearing in the above-captioned case shall take place on _Sept. 18 2007_ at _2:30_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge