UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-051 (RMU) |
| v. | : |
| PARTHASARATHY SUDARSHAN<br>MYTHILI GOPAL,<br>AKN PRASAD, and<br>SAMPATH SUNDAR,<br>　　　　Defendants | : |

NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Senior Trial Attorney Clifford I. Rones is entering his appearance as additional counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar. No. 498610

By: *[signature]*
Clifford I. Rones
Senior Trial Attorney
Counterespionage Section
United States Department of Justice
Md. Bar No. 8506010284
1400 New York Ave., NW, 9th Floor
Washington, DC 20530
(202) 514-1124
clifford.rones@usdoj.gov