UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-0051 (RMU) |
| ) | |
| PARTHASARATHY SUDARSHAN, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION TO POSTPONE THE
### FEBRUARY 15, 2008 STATUS CONFERENCE

The Defendant, through counsel, respectfully requests that the Court postpone the February 15, 2008 status conference. Mr. Weingarten is currently at trial in Hartford, Connecticut and Mr. Hassler has been called out of town due to serious illness in his family, therefore, they will be unable to attend the currently scheduled hearing.

The Defendant has sought and received one previous extension due to a family medical emergency of counsel and one extension to respond to the material amendment of the Indictment by the Grand Jury. The parties were jointly granted two requests to hold in abeyance the deadlines for oppositions and replies to filed pretrial motions.

For the foregoing reasons, we respectfully request that the Court grant the requested motion to postpone the February 14, 2008 status conference. A proposed order is attached.

Respectfully submitted,

Reid H. Weingarten (D.C. Bar #365893)
William T. Hassler (D.C. Bar #366916)
Robert A. Ayers (D.C. Bar #488284)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

*Counsel for Defendant Parthasarathy Sudarshan*

Submitted: February 14, 2008

**Points and Authorities:** Local Cr. R. 47; this Court's Standing Order in Criminal Cases; this Court's inherent authority to control its schedule and docket.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PARTHASARATHY SUDARSHAN, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Criminal No. 07-0051 (RMU) |

ORDER

For the reasons set forth in the Defendant's Motion To Postpone The February 15, 2008 Status Conference, it is HEREBY ORDERED that the parties' motion is GRANTED, and the February 15, 2008 status conference is POSTPONED.

SO ORDERED

_____
The Hon. Ricardo M. Urbina
United States District Judge

Dated: _____
Washington, D.C.

- 2 -

Copies to:

Jay I. Bratt
Assistant United States Attorney
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C. 20530
*Counsel for the United States*


William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*